IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                              CASE NO. **4:04CR00235GH**

RON ANTONIO JONES                                              DEFENDANT

### ORDER

Pending before the Court is defendant's motion for appointment of new counsel. Defendant has expressed dissatisfaction with his previously appointed attorneys and now seeks counsel who will honor his specific instructions and will "challenge issues to his/her full knowledge of the law." Defendant is entitled to effective representation, but counsel is not obligated to advance meritless arguments. Thus, while defendant might not be satisfied with the advise of counsel counsel is in a much better position to know the law and act according to the law. The Court will appoint Jack Kearney from the CJA Panel. As defendant was previously represented by competent counsel, and as Mr. Kearney is similarly an experienced criminal defense attorney, the Court will not consider appointing new counsel if defendant is dissatisfied with the advise given by his counsel.

Once counsel has had a chance to meet with defendant he should notify the Court so that the sentencing hearing can be scheduled.

Accordingly, the motion for appointment of counsel is granted.

IT IS SO ORDERED this 12th  day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-