IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                          CASE NO. **4:04CR00235GH**

RON ANTONIO JONES                                                                  DEFENDANT

**ORDER**

On May 18, 2006, the Court entered an Order directing defendant from writing or submitting pro se motions for filing to the Court.  Defendant has submitted another letter which the Clerk is directed to return to defendant.

Defendant has continuously voiced objections to his court appointed counsel.  His present counsel is the third person appointed to represent defendant.  Defendant is not an attorney; he has been and is now represented by competent, experienced criminal defense attorneys.  The Court will not allow defendant to further manipulate the system.  No further counsel will be appointed for defendant.  Should he not be satisfied with present counsel's performance, defendant will have to proceed pro se.

IT IS SO ORDERED this 24th day of May, 2006.

_George Howard Jr_
UNITED STATES DISTRICT JUDGE

-1-