IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                              CASE NO. **4:04CR00235GH**

RON ANTONIO JONES                                                             DEFENDANT

**ORDER**

The Court is in receipt of a pro se motion to dismiss a defective indictment. On May 18, 2006, the Court entered an Order directing defendant to refrain from writing or submitting pro se motions to the Court. Furthermore, the Court has denied defendant's motion to withdraw his plea of no lo contendere; thus, there is no basis for a motion to dismiss the indictment.

The Clerk is directed to return the submission to defendant. All further pro se submissions will be returned by the Court without further Order.

IT IS SO ORDERED this 31st day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-